UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARK BARBER,

    Plaintiff,

v.   Case No. 1:14-CV-573

COMMISSIONER OF   HON. GORDON J. QUIST
SOCIAL SECURITY,

    Defendant.
_____/


## ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

In accordance with the Memorandum Opinion entered this date

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued May 15, 2015 (dkt. # 15) is **ADOPTED** as the Opinion of the Court.  The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that the Commissioner's Objection (dkt. # 16) is **OVERRULED**.

This case is **concluded**.


Dated: September 25, 2015            /s/ Gordon J. Quist
                                                         GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE